UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS LYNN CARTWRIGHT, JR.,

    Defendant.

_____/

Case No. 1:20-cr-189-2
1:21-cr-69-3

HON. JANE M. BECKERING

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must participate in a program of testing and treatment for substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

3. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States

probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

4. You must provide the probation officer with your monthly cellular and home telephone bills with each monthly report form and must report any cellular telephone you have used or own on each report form.

## CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED that you must pay to the United States a special assessment of $100.00 on each of Counts One, Four, Five and Six, under Case Number 1:20-cr-189-02 and Count Eight of Case Number 1:21-cr-69-03, for a total of $500.00, which shall be due immediately.

IT IS FURTHER ORDERED that you must pay restitution in the amount determined by the Court on Count One of Case Number 1:21-cr-69, jointly and severally with codefendants David Kurbanov, Jemar Mason, Andre Jackson, and James Williams, to the following victim(s): MBE Capital Partners, LLC, 1 Bridge Plaza North, Suite 950, Fort Lee, NJ 07024.

Having assessed the defendant's ability to pay, payment of any additional criminal monetary penalties shall be due as follows:

> Any balance due upon incarceration must be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision must be paid, during the term of supervision, in minimum monthly installments of $100.00, to commence 60 days after release from imprisonment. The defendant must apply all monies received from income tax refunds, lottery winnings, judgments, and or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations. Payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503.

I have reviewed and understand the above conditions of my sentence.

Dated: January 10, 2023

_____
Dennis Lynn Cartwright, Jr.
Defendant

_____
Richard E. Zambon
Attorney for Defendant

IT IS SO ORDERED.

__/s/ Jane M. Beckering_____
JANE M. BECKERING
United States District Judge

3